```
HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444


/ne

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. SUTTICE, | ) Civil No. 05-02021 WDB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, October 19, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: September 15, 2005           /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney



Dated: September 15, 2005           /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    DANA L. SUTTICE
```

IT IS SO ORDERED.

Dated: 9-16-05                        _____
                                      \_. BRAZIL
                                      Magistrate District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Wayne D. Brazil]*

2

STIPULATION AND ORDER