```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755
    Facsimile: (408) 295-7444
 6
 7  /ne
 8  Attorney for Plaintiff
 9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12  DANA L. SUTTICE,                  ) Civil No. 05-02021 WDB
                                      )
13              Plaintiff,            )
                                      )
14  v.                                ) STIPULATION AND ORDER
                                      )
15  JO ANNE B. BARNHART,              )
    Commissioner, Social Security     )
16  Administration,                   )
                                      )
17              Defendant.            )
                                      )
18                                    )
    _____ )
19
```

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, November 18, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: October 12, 2005                 /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: October 11, 2005                 /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        DANA L. SUTTICE


IT IS SO ORDERED.


Dated:  10/14/05
                                        _____
                                        BRAZIL
                                        Magistrate District Judge
```

IT IS SO ORDERED.
Judge Wayne D. Brazil

2

STIPULATION AND ORDER