```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANA L. SUTTICE, | ) |
| Plaintiff, | ) CIVIL NO. 05-02021 WDB |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on January 19, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on February 21, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of John Carvelas.

1     This is defendant's first request.

5 Dated: January 19, 2006         /s/
                                  HARVEY P. SACKETT
6                                   Attorney for Plaintiff

                                  KEVIN V. RYAN
8                                   United States Attorney

12 Dated: January 20, 2006    By:     /s/
                                  SARA WINSLOW
13                                   Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:   1/20/06

                                  WAYNE D. BRAZIL
                                  United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

|   |   |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | SARA WINSLOW, CSBN 457643<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 5 | Telephone: (415) 436-7260 |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANNA L. SUTTICE, | ) | |
|---|---|---|
| | ) | CIVIL NO. C-05 02021 WDB |
| Plaintiff, | ) | |
| | ) | DECLARATION OF JOHN N. CARVELAS IN |
| v. | ) | SUPPORT OF DEFENDANT'S REQUEST |
| | ) | FOR EXTENSION OF TIME |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, John N. Carvelas, declare and state as follows:

1. I am an assistant regional counsel in the Office of the General Counsel for the Social Security Administration, Region IX. This case has been assigned to me.

2. I am requesting a 30-day extension of time for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1

1     I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge.
3 Executed on January 12, 2006, in San Francisco, California.

/s/

JOHN N. CARVELAS

Assistant Regional Counsel

2