HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. SUTTICE, | ) Civil No. C 05-02021 WDB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, March 20, 2006 in which to e-file his Reply to Defendant's Cross Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: March 3, 2006          /s/ _____
                              SARA WINSLOW
                              Assistant U.S. Attorney


Dated: March 3, 2006          /s/ _____
                              HARVEY P. SACKETT
                              Attorney for Plaintiff
                              DANA L. SUTTICE


IT IS SO ORDERED.


Dated: 3-10-06
                              _____
                              HON. WAYNE D. BRAZIL
                              Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

2

STIPULATION AND ORDER