HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. SUTTICE, ) | Civil No. C 05-02021 WDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, April 19, 2006 in which to e-file his Reply to Defendant's Cross Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

_____
KEVIN V. RYAN
United States Attorney

Dated: March 17, 2006           /s/_____
SARA WINSLOW
Assistant U.S. Attorney

Dated: March 17, 2006           /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
DANA L. SUTTICE

IT IS SO ORDERED.

Dated: 3/22/06

_____
HON. WAYNE D. BRAZIL
Magistrate Judge

STIPULATION AND ORDER

2