HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANA L. SUTTICE, | ) | Civil No. C 05-02021 WDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, May 3, 2006 in which to e-file his Reply to Defendant's Cross Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | _____ |
| | KEVIN V. RYAN |
| | United States Attorney |

Dated: April 18, 2006          /s/_____
                               SARA WINSLOW
                               Assistant U.S. Attorney

Dated: April 18, 2006          /s/_____
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               DANA L. SUTTICE

IT IS SO ORDERED.

Dated:    4/20/2006             */s/ Wayne D. Brazil*
                               _____
                               HON. WAYNE D. BRAZIL
                               United States Magistrate Judge

2

STIPULATION AND ORDER